FILED

UNITED STATES COURT OF APPEALS

OCT 27 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN GAVIC; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  And<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>        Defendant - Appellee,<br><br>  v.<br><br>KRISTINA K. NEWMAN; et al.,<br><br>        Objectors - Appellants. | No. 14-56583<br><br>D.C. No. 8:12-cv-01644-CAS-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |

    Appellants' unopposed motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

    The appeal is dismissed with prejudice.

    A copy of this order sent to the district court shall act as and for the mandate of this court.


For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10